IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY LEE PATMON,<br><br>              Plaintiff,<br><br>vs.<br><br>WASHINGTON COUNTY JAIL, NE, TAMMY BADER, and CAROL HANNEMAN,<br><br>              Defendants. | **8:16CV390**<br><br>**MEMORANDUM AND ORDER** |

      On August 12, 2016, Plaintiff filed a Complaint. (Filing No. 1.) On August 31, 2016, Plaintiff filed an Amended Complaint. (Filing No. 8.) On November 30, 2016, the court ordered Plaintiff to file a second amended complaint because his Amended Complaint failed to state a claim upon which relief could be granted. (Filing No. 14.) On December 7, 2016, Plaintiff filed a second Amended Complaint. (Filing No. 15.) The court now reviews Plaintiff's second Amended Complaint.

      In his second Amended Complaint, Plaintiff continues to claim, at most, negligence against Defendants Tammy Bader and Carol Hanneman. (*See* Filing No. 15 at CM/ECF pp. 1-11.) The court warned Plaintiff in its previous order that "[i]t is well-established that mere negligence does not support an Eighth Amendment violation." *See Gregoire v. Class*, 236 F.3d 413, 418 (8th Cir. 2000). (Filing No. 14 at CM/ECF p. 5.) Accordingly, all § 1983 deliberate indifference claims against Bader and Hanneman are dismissed. All § 1983 deliberate indifference claims against Washington County are dismissed for the reasons stated in the court's order dated November 30, 2016. (*Id.*)

2

Plaintiff adds state-law medical malpractice claims against Defendants in his second Amended Complaint. (Filing No. 15 at CM/ECF pp. 1-4.) Because the court has dismissed all claims over which it had original jurisdiction, and the court can determine no other basis for federal jurisdiction over the state-law claims, the court will dismiss Plaintiff's state-law claims against Defendants without prejudice to reassertion in the proper forum.

IT IS THEREFORE ORDERED that:

1. All § 1983 deliberate indifference claims against Defendants are dismissed with prejudice.

2. All state-law medical malpractice claims against Defendants are dismissed without prejudice to reassertion in the proper forum.

3. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 14th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge